**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David Faucette a/k/a Daniel P. Faucette<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 22-12172 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
29 Aug 2022, 14:45:15, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322