UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Daniel Faucette | Bankruptcy No.22-12172-AMC |
| Debtor | |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 14th day of December, 2022, by first class mail upon those listed below:

Daniel Faucette
426 Lawn Ave
Sellersville, PA  18960

**Electronically via CM/ECF System Only:**

JOHN L MC CLAIN ESQ
JOHN L MC CLAIN & ASSOCIATES
PO BOX 123
NARBERTH, PA  19072

/s/ Kristen Gliem
───────────────────────────
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee