## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                                                    **: Chapter 13**

**Faucette, Daniel**

      **Debtor**

                                           **:        22-12172**

## CERTIFICATE OF SERVICE OF
## <u>DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN</u>

I certify that on <u>March 10, 2023</u> the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor's FIRST Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.


Dated:<u>March 10, 2023</u>


                      <u>  "/s/"Mitchell J. Prince</u>
                      John L. McClain, Esquire
                      Mitchell J. Prince, Esquire
                      Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072