**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| **Faucette, Daniel** | |
| **Debtor** | : 22-12172 |

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**Aveanna Healthcare AS, LLC**
**400 Interstate N. Parkway, Ste 1600**
**Atlanta, GA 30339**

Re:   **Faucette, Daniel**
SSN:  xxx-xx-2308

The future earnings of the above named debtor Faucette, Daniel, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$1,275.00 for 8 months (started September 1, 2022), then as of this May 1, 2023, the payment shall increase to $1,382.00 monthly for a period of 52 months,** pro-rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**$1,275.00 for 8 months (started September 1, 2022), then as of this May 1, 2023, the payment shall increase to $1,382.00 monthly for a period of 52 months to:** Scott Waterman Trustee, P.O. Box 680, Memphis, TN 38101-0680

BY THE COURT:___*Ashely*_____
         JUDGE         **Date: March 10, 2023**

Aveanna Healthcare AS, LLC
400 Interstate N. Parkway, Ste 1600
Atlanta, GA 30339

Faucette, Daniel