United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 22-12172-amc

Daniel Faucette                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 03, 2023 | Form ID: 155 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Faucette, 426 Lawn Ave, Sellersville, PA 18960-2104 |
| 14714568 | | Deborah Faucette, Lancaster, PA |
| 14714570 | + | GCI/Network Direct Inc., Attn: Bankruptcy, 5360 College Blvd, Suite 200, Overland Park, KS 66211-1641 |
| 14714571 | + | Jaime Faucette, 426 Lawn Ave, Sellersville, PA 18960-2104 |
| 14714572 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14717009 | ^ | MEBN | May 03 2023 23:40:56 | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14732007 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 03 2023 23:44:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14714566 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 03 2023 23:44:00 | Bk Of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14714573 | ^ | MEBN | May 03 2023 23:40:55 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14714574 | | Email/Text: EBN@Mohela.com | May 03 2023 23:45:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14756276 | | Email/Text: EBN@Mohela.com | May 03 2023 23:45:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14714567 | | Dave and Charlotte Faucette |
| 14714569 | | Deborah Faucette |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2                                    User: admin                                    Page 2 of 2
Date Rcvd: May 03, 2023                                 Form ID: 155                                   Total Noticed: 11

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JOHN L. MCCLAIN | on behalf of Debtor Daniel Faucette aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor BANK OF AMERICA  N.A. mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Daniel Faucette

          Debtor(s)                                        Chapter: 13

                                             Bankruptcy No: 22−12172−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

     AND NOW, this May 3, 2023 upon consideration of the plan submitted by the debtor
under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it
appearing that:


     A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation
hearing upon notice having been held;

     B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other
applicable provisions of title 11 U.S.C.;

     C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid
before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.


                                     Ashely M. Chan
                                      Judge ,
                                      United States Bankruptcy Court