| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-12172-AMC

Daniel Faucette                                           Petition Filed Date: 08/19/2022
426 Lawn Ave                                              341 Hearing Date: 09/23/2022
Sellersville  PA    18960                                 Confirmation Date: 05/03/2023

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/21/2022 | $1,275.00 | 39627521 | 10/03/2022 | $1,275.00 | 39781533 | 10/14/2022 | $294.23 | 40113360 |
| 10/24/2022 | $294.23 | 40250476 | 11/01/2022 | $294.23 | 40321842 | 11/08/2022 | $294.23 | 40472328 |
| 11/15/2022 | $294.23 | 40584430 | 11/16/2022 | $294.23 | 40674427 | 11/29/2022 | $294.23 | 40792416 |
| 12/07/2022 | $294.23 | 40926570 | 12/13/2022 | $294.23 | 41056078 | 12/20/2022 | $294.23 | 41151259 |
| 12/28/2022 | $294.23 | 41277867 | 01/04/2023 | $294.23 | 41367799 | 01/11/2023 | $294.23 | 41457167 |
| 01/18/2023 | $294.23 | 41605101 | 01/23/2023 | $294.23 | 41689729 | 01/31/2023 | $294.23 | 41836488 |
| 02/10/2023 | $294.23 | 41972077 | 02/15/2023 | $294.23 | 42095942 | 02/21/2023 | $294.23 | 42184591 |
| 02/28/2023 | $294.23 | 42250197 | 03/07/2023 | $294.23 | 42405222 | 03/13/2023 | $294.23 | 42540219 |
| 03/20/2023 | $294.23 | 42649135 | 03/27/2023 | $294.23 | 42761271 | 04/04/2023 | $294.23 | 42898771 |
| 04/10/2023 | $294.23 | 42991765 | 04/17/2023 | $294.23 | 43122244 | 04/25/2023 | $294.23 | 43218150 |
| 05/02/2023 | $294.23 | 43340487 | 05/08/2023 | $294.23 | 43475277 | 05/15/2023 | $294.23 | 43596046 |
| 05/19/2023 | $294.23 | 43680270 | 05/30/2023 | $294.23 | 43793934 | 06/01/2023 | $294.23 | 43867369 |
| 06/12/2023 | $294.23 | AVEANNA 255 | 06/16/2023 | $318.92 | 44168833 | 06/21/2023 | $318.92 | 44265708 |
| 07/05/2023 | $318.92 | 44406113 | 07/11/2023 | $318.92 | 44497218 | 07/18/2023 | $318.92 | 44629259 |
| 07/25/2023 | $318.92 | 44732035 | 07/31/2023 | $318.92 | 44845739 | | | |

**Total Receipts for the Period:  $15,080.49    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $15,399.41**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $5,530.80 | $5,530.80 | $0.00 |
| 1 | BANK OF AMERICA  N.A.<br>»»  001 | Secured Creditors | $66,703.48 | $7,708.11 | $58,995.37 |
| 2 | MOHELA ON BEHALF OF<br>»»  002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-12172-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,399.41 | Current Monthly Payment: | $1,382.00 |
| Paid to Claims: | $13,238.91 | Arrearages: | ($269.41) |
| Paid to Trustee: | $1,289.84 | Total Plan Base: | $82,848.00 |
| Funds on Hand: | $870.66 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.