| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-12172-AMC**

Daniel Faucette  
426 Lawn Ave  
Sellersville  PA    18960

Petition Filed Date: 08/19/2022  
341 Hearing Date: 09/23/2022  
Confirmation Date: 05/03/2023

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $318.92 | 44941298 | 08/14/2023 | $397.78 | 45077150 | 08/22/2023 | $318.92 | 45180027 |
| 08/28/2023 | $318.92 | 45299793 | 09/05/2023 | $318.92 | 45399488 | 09/07/2023 | $318.92 | 45515286 |
| 09/19/2023 | $318.92 | 45668571 | 09/25/2023 | $318.92 | 45785406 | 10/03/2023 | $318.92 | 45928193 |
| 10/10/2023 | $318.92 | 46026890 | 10/18/2023 | $318.92 | 46160165 | 10/23/2023 | $318.92 | 46269040 |
| 10/30/2023 | $318.92 | 46382048 | 11/07/2023 | $318.92 | 46475582 | 11/14/2023 | $318.92 | 46585471 |
| 11/21/2023 | $318.92 | 46728526 | 11/28/2023 | $318.92 | 46833127 | 12/05/2023 | $318.92 | 46953290 |
| 12/14/2023 | $318.92 | 47079595 | 12/28/2023 | $318.92 | 47304774 | 12/28/2023 | $318.92 | 47195816 |
| 01/02/2024 | $318.92 | 47342775 | 01/04/2024 | $318.92 | 47480791 | 01/16/2024 | $318.92 | 47638308 |
| 01/23/2024 | $318.92 | 47674341 | 01/30/2024 | $318.92 | 47842738 | 02/06/2024 | $318.92 | 47960769 |
| 02/13/2024 | $318.92 | 48071475 | 02/21/2024 | $318.92 | 48204467 | 02/22/2024 | $318.92 | 48290899 |
| 03/05/2024 | $318.92 | 48396739 | 03/11/2024 | $318.92 | 48544264 | 03/19/2024 | $318.92 | 48630405 |
| 03/27/2024 | $318.92 | 48744942 | 04/04/2024 | $318.92 | 48885201 | 04/10/2024 | $318.92 | 48992829 |
| 04/15/2024 | $318.92 | 49104481 | 04/23/2024 | $318.92 | 49214819 | 04/29/2024 | $318.92 | 49353855 |
| 05/07/2024 | $318.92 | 49465224 | 05/13/2024 | $318.92 | 49572059 | 05/21/2024 | $318.92 | 49721654 |
| 05/29/2024 | $318.92 | 49811607 | 06/10/2024 | $318.92 | 50067538 | 06/13/2024 | $318.92 | 49939194 |
| 06/18/2024 | $318.92 | 50202775 | 06/24/2024 | $318.92 | 50333645 | 07/02/2024 | $318.92 | 50450431 |
| 07/09/2024 | $318.92 | 50566665 | 07/16/2024 | $318.92 | 50687765 | 07/23/2024 | $318.92 | 50835240 |
| 07/29/2024 | $318.92 | 50955834 | | | | | | |

**Total Receipts for the Period: $16,662.70    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $32,699.95**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $5,530.80 | $5,530.80 | $0.00 |
| 1 | BANK OF AMERICA  N.A.<br>»»  001 | Secured Creditors | $66,703.48 | $23,885.45 | $42,818.03 |
| 2 | MOHELA ON BEHALF OF<br>»»  002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $32,699.95 | Current Monthly Payment: | $1,382.00 |
| Paid to Claims: | $29,416.25 | Arrearages: | $396.05 |
| Paid to Trustee: | $2,996.67 | Total Plan Base: | $82,848.00 |
| Funds on Hand: | $287.03 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.