**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>Daniel  Faucette,<br>　　　　　　　　Debtor. | Case No. 22-12172<br><br>Chapter 13<br><br>Judge Ashely M. Chan |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

　　　You are hereby given notice that Bonial & Associates, P.C. has been engaged by the interested party identified below to serve as its authorized agent in this matter.

　　　You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

　　　NewRez LLC d/b/a Shellpoint Mortgage Servicing
　　　PO Box 10826,
　　　Greenville, South Carolina 29603-0826

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　Bonial & Associates, P.C.


　　　　　　　　　　　　　　　　　　　　　/s/ Paul W. Cervenka
　　　　　　　　　　　　　　　　　　　　　Paul W. Cervenka
　　　　　　　　　　　　　　　　　　　　　14841 Dallas Parkway, Suite 350
　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75254
　　　　　　　　　　　　　　　　　　　　　(972) 643-6600
　　　　　　　　　　　　　　　　　　　　　(972) 643-6698 (Telecopier)
　　　　　　　　　　　　　　　　　　　　　E-mail: POCInquiries@BonialPC.com
　　　　　　　　　　　　　　　　　　　　　Authorized Agent for NewRez LLC d/b/a
　　　　　　　　　　　　　　　　　　　　　Shellpoint Mortgage Servicing

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before October 16, 2024 via electronic notice unless otherwise stated:

**Debtor**   *Via U.S. Mail*
Daniel  Faucette
426 Lawn Ave
Sellersville, PA 18960

**Debtors' Attorney**
John L. Mcclain
John L Mcclain & Associates, Pc
1851 County Route 27
Owls Head, NY  12969

**Chapter 13 Trustee**
Scott F. Waterman
2901 Saint Lawrence Ave., Suite 100
Reading, Pennsylvania 19606

                                                  /s/ Paul W. Cervenka
                                                  Paul W. Cervenka