Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
### Chapter 13 Case No. 22-12172-AMC

Daniel Faucette  
426 Lawn Ave  
Sellersville  PA   18960

Petition Filed Date: 08/19/2022  
341 Hearing Date: 09/23/2022  
Confirmation Date: 05/03/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $318.92 | 51088719 | 08/12/2024 | $318.92 | 51194072 | 08/19/2024 | $318.92 | 51331077 |
| 08/27/2024 | $318.92 | 51455234 | 09/03/2024 | $318.92 | 51602898 | 09/06/2024 | $318.92 | 51687289 |
| 09/16/2024 | $318.92 | 51818301 | 09/25/2024 | $318.92 | 51967180 | 09/30/2024 | $318.92 | 52069374 |
| 10/08/2024 | $318.92 | 52193436 | 10/15/2024 | $318.92 | 52347496 | 10/17/2024 | $318.92 | 52478331 |
| 10/28/2024 | $318.92 | 52591545 | 11/05/2024 | $318.92 | 52714622 | 11/12/2024 | $318.92 | 52841064 |
| 11/13/2024 | $318.92 | 52976274 | 11/25/2024 | $318.92 | 53095872 | 12/03/2024 | $318.92 | 53219281 |
| 12/10/2024 | $318.92 | 53340812 | 12/18/2024 | $318.92 | 53447240 | 12/26/2024 | $318.92 | 53562339 |
| 01/02/2025 | $318.92 | 53688119 | 01/07/2025 | $318.92 | 53817753 | 01/15/2025 | $318.92 | 53950206 |
| 01/21/2025 | $318.92 | 54056911 | 01/23/2025 | $318.92 | 54162837 | 02/05/2025 | $318.92 | 54264161 |
| 02/10/2025 | $318.92 | 54386765 | 02/18/2025 | $318.92 | 54509513 | 02/20/2025 | $318.92 | 54566605 |
| 03/03/2025 | $318.92 | 54735731 | 03/10/2025 | $318.92 | 54888624 | 03/17/2025 | $318.92 | 54988008 |
| 03/26/2025 | $318.92 | 55115955 | 03/31/2025 | $318.92 | 55252101 | 04/07/2025 | $318.92 | 55384349 |
| 04/15/2025 | $318.92 | 55490908 | 04/23/2025 | $318.92 | 55633134 | 04/28/2025 | $318.92 | 55732940 |
| 05/05/2025 | $318.92 | 55839962 | 05/13/2025 | $318.92 | 55986475 | 05/19/2025 | $318.92 | 56112702 |
| 06/02/2025 | $318.92 | 56241451 | 06/02/2025 | $318.92 | 56369993 | 06/09/2025 | $318.92 | 56470306 |
| 06/16/2025 | $318.92 | 56599142 | 06/24/2025 | $318.92 | 56721597 | 07/01/2025 | $318.92 | 56849543 |
| 07/08/2025 | $318.92 | 56948557 | 07/08/2025 | $318.92 | 57070716 | 07/21/2025 | $318.92 | 57233547 |
| 07/29/2025 | $318.92 | 57347759 | | | | | | |

**Total Receipts for the Period:  $16,583.84    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $49,602.71**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $5,530.80 | $5,530.80 | $0.00 |
| 1 | NEWREZ LLC  D/B/A  »» 001 | Secured Creditors | $66,703.48 | $39,467.98 | $27,235.50 |
| 2 | MOHELA ON BEHALF OF  »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-12172-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $49,602.71 | Current Monthly Payment: | $1,382.00 |
| Paid to Claims: | $44,998.78 | Arrearages: | $77.29 |
| Paid to Trustee: | $4,302.55 | Total Plan Base: | $82,848.00 |
| Funds on Hand: | $301.38 | | |

**<u>NOTES:</u>**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.