**Fill in this information to identify the case:**

Debtor 1: Daniel Faucette

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 22-12172

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges      12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of Creditor: BANK OF AMERICA, N.A.

Court Claim No. (if known): 1-1

Last 4 digits of any number you use to identify the debtor's account: 1 9 7 5

Does this notice supplement a prior notice of postpetition fees, expenses and charges?
☐ No
☑ Yes. Date of the last notice: 03/15/2023

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: TAXES | 3/29/23 | (11) | $ 164.48 |
| 12. Other. Specify: TAXES | 3/29/23 | (12) | $ 884.10 |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        Page 1

Debtor 1: Daniel Faucette         Case number (if known): 22-12172

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /s/ Brian C. Nicholas
Signature

Date: 04/11/2023

Print: Brian C. Nicholas
Title: Attorney

Company: KML Law Group, P.C.

Address: 701 Market Street, Suite 5000
Philadelphia, PA 16106

Contact Phone: (215) 627-1322
Email: bnicholas@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel Faucette a/k/a Daniel P. Faucette<br>**Debtor(s)** | BK NO. 22-12172 AMC |
| | Chapter 13 |
| **BANK OF AMERICA, N.A.**<br>Movant<br>vs.<br>Daniel Faucette a/k/a Daniel P. Faucette<br>**Debtor(s)**<br>Scott F. Waterman,<br>Trustee | Related to Claim No. 1-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 12, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Daniel Faucette a/k/a Daniel P. Faucette
426 Lawn Avenue
Sellersville, PA 18960

Attorney for Debtor(s)
John L. McClain, Esq.
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: April 12, 2023

/s/ Brian C. Nicholas
Brian C. Nicholas, Esq.
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
bnicholas@kmllawgroup.com